Swannie COOMER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 16, 1952.

Elmer C. Roberts, Campton, for movant.

J. D. Buckman, Jr., Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Wolfe Circuit Court. Judgment of conviction for selling whiskey. $60 fine and 30 days in jail. The record and questions raised by brief have been carefully considered.

Judgment affirmed.